# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DENNIS P. DEGREGORIO, JR., | Case No. 07 cv 2683 |
| Plaintiff, | Judge Gottschall |
| | Magistrate Judge Mason |
| v. | |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, individually and d/b/a NORELCO CONSUMER PRODUCTS COMPANY; SPECTRUM BRANDS, INC., individually and d/b/a RAYOVAC CORPORATION; and WAHL CLIPPER CORPORATION, | |
| Defendants. | |

## AGREED MOTION FOR ENTRY OF A CONSENT JUDGMENT ORDER

Plaintiff, Dennis P. DeGregorio, Jr., and Defendant, Philips Electronics North America Corporation, have entered into a Settlement Agreement. On the basis of the settlement reached, DeGregorio and Philips request that the Court enter the Consent Judgment Order which has been executed by their counsel and is attached as Exhibit 1.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Dennis P. DeGregorio, Jr. | Phillips Electronics North America Corp. |
| /s/ Raymond P. Niro, Jr. | /s/ Bradley J. Hulbert |
| Raymond P. Niro, Jr. | *signed with permission* |
| Dina M. Hayes | Bradley J. Hulbert |
| Nicholas M. Dudziak | Richard A. Machonkin |
| NIRO, SCAVONE, HALLER & NIRO | Kurt W. Rohde |
| 181 West Madison, Suite 4600 | MCDONNELL, BOEHNEN, HULBERT & |
| Chicago, Illinois 60602 | BERGHOFF, LTD. |
| (312) 236-0733 | 300 South Wacker Drive, 32nd Floor |
| Fax: (312) 236-3137 | Chicago, IL 60606 |
| rnirojr@nshn.com; hayes@nshn.com; | (312) 913-0001 |
| dudziak@nshn.com | Fax: (312) 913-0002 |
| | hulbert@mbhb.com; machonkin@mbhb.com |
| | rohdek@mbhb.com |